The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

POSNICK-NONAS CO., INC., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order so far as appealed from modified by disallowing items 1, 2, 3, 9, 10, 16, 21, 22, 23, 25 and 26 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES LaPENNA, Respondent, v. HAROLD & MATIS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM BUSHWITZ, Respondent, v. FANNIE BUSHWITZ, Appellant.— Order modified by disallowing items 6 and 7 of the notice of motion, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MORRIS OSINOFF, Appellant, v. GERT REALTY CORPORATION, Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ARTHUR A. SEIDMAN, Respondent, v. MOUNT HOPE FINISHING COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., of FREDERICK WESCHE, Deceased, Appellant, v. ERNEST T. GREINER, Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of GOODMAN AND THEISE, INC., for an Order Directing that Arbitration, etc., between The Petitioner and LEO ZALA, etc., Proceed Pursuant to the Provisions thereof and of the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [133 Misc. 473.]

MURRAY SIMONS and Others v. ABBEY ZURKOW.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MURRAY SIMONS and Others v. ABBEY ZURKOW.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PAUL E. LEHMAN and Another v. JACOB RUDIN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ANNA GLEESON v. BLANCHE TRUSCOTT.— Motion to dismiss appeal denied, with leave to renew on November 16, 1928, if no further steps shall have been taken to perfect the appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.